CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/ (signature)
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. HENAHAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:16-CV-00042 |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |
| ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The government's motion for partial dismissal as to claims against the Salem VAMC health care providers (Docket No. 3) is **GRANTED**;

2. The government's motion to dismiss allegations that North Carolina laws are unconstitutional (Docket No. 5) is **GRANTED IN PART AND DENIED IN PART**. The court directs Henahan to comply with Rule 5.1 of the Federal Rules of Civil Procedure; and

3. The government's motion seeking a court order that North Carolina substantive law applies (Docket No. 7) is **GRANTED**.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 30th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge